895 A.2d 448

STATE OF NEW JERSEY IN THE INTEREST
OF J.A., JUVENILE–APPELLANT.

March 30, 2006.

This matter having been duly presented to the Court on a joint application of the parties, it is

ORDERED that the motion to vacate the waiver order and remand to the Family Court for a full competency hearing is granted; and it is further

ORDERED that the motion to dismiss the appeal is granted.